**Order entered April 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01141-CR
No. 05-17-01142-CR

**GEORGE EDWARD PURDY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F07-33144-S, F07-33145-S**

## ORDER

Before the Court are appellant's April 12, 2018 motions to replace appellate counsel and for extension of time to file a "corrected appellate brief." Appellant's motions are **DENIED**. By order entered April 3, 2018, the Court granted appellant's request to file a pro se response to counsel's *Anders* brief. Appellant's pro se response is due June 12, 2018.

/s/    CRAIG STODDART
        JUSTICE